**Order entered June 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01677-CR

**MELVIN CELESTINE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No. F08-61495-I**

## ORDER

The Court **REINSTATES** the appeal.

In his first issue on appeal, appellant contends that he is entitled to a new trial because the record of the original plea hearing has either not been filed with this Court or has been lost or destroyed. Because there has been no finding from the trial court that the record of the original plea hearing has been lost or destroyed, on May 29, 2013, we abated the appeal for the trial court to make findings regarding the original plea hearing.

We **ADOPT** the trial court's findings that: (1) Velma Loza, official court reporter of the Criminal District Court No. 2, has kept a daily log of every case she has reported since 2002; (2) Ms. Loza searched her log and the case was not reported by her; (3) the case was originally charged as a felony, but was reduced to a misdemeanor; (4) misdemeanor cases are not reported

on the record absent a request from counsel; (5) had counsel made such a request, Ms. Loza would have recorded the hearing; (6) there is no record from the March 27, 2009 hearing; and (7) because the hearing was not recorded, there are no notes to transcribe or that have been lost or destroyed.

The State's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
         JUSTICE